enroll in the Life Skills Program or any appropriate training center; and she is not to open or use a checking account when released on parole imposed on December 23, 1985, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 10 years for Issuing a Bad Check; credit for 129 days served; plus a recommendation that the Defendant be released to a training Program which would be under the supervision of custodial authorities at the Women's Correctional Facility; and she is not to open or use a checking account when released on parole.

The reason for the amendment is that it will give administration more discretion in properly supervising this woman on parole.

We wish to thank Scott Gratton of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Twentieth Judicial District, County of Lake, STATE OF MONTANA, Plaintiff vs. WILLIAM ISAAC "BILLY" NESS, Defendant.

### DECISION

No. DC-85-70

The application of the above-named defendant for a review of the sentence of 5 years with 1 year suspended for Burglary; plus conditions; Swan River Recommended; credit for 87 days served imposed on December 7, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Les Ocks of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

## JULY 1987 CALENDAR

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. ROBERT EUGENE ORR, Defendant.